# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

2008 MAY 29 AM 10: 16

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR605-00031-001 |
| Eric Birmingham ) | USM No: 11986-002 |
| Date of Previous Judgment: January 17, 2007 ) | George E. Argo |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___52___ months **is reduced to** ___46 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 25           Amended Offense Level: 23
Criminal History Category: III       Criminal History Category: III
Previous Guideline Range: 70 to 87 months    Amended Guideline Range: 57 to 71 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other (explain):   This sentence represents a 21 percent reduction below the minimum of the advisory guideline range and the Court notes the original sentence represented a 26 percent reduction below the minimum of the advisory guideline range.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  January 17, 2007,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  May 29, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____   For the Southern District of Georgia
       (if different from order date)            Printed name and title